# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Roy Day

Write the full name of each plaintiff.

**17CV 7270**

(Include case number if one has been assigned)

-against-

MTA New York City Transit Authority
HRA Ruby Robinson

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Do you want a jury trial?
☑ Yes   ☐ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

RECEIVED
SDNY PRO SE OFFICE
2017 SEP 22 PM 4:15
S.D. OF N.Y.

Rev. 3/24/17

## I. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

First Name: Roy
Middle Initial: L
Last Name: Day

Street Address: 304 W. 120th street 120th Apt 1B

County, City: Manhattan
State: New York, NY
Zip Code: 10027

Telephone Number: 917-993-3150
Email Address (if available): dayroy@rocketmail

### B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:
Name: MTA New York City Transit Authority ~~Ruby Robinson~~
Address where defendant may be served: 180 Livingston street
County, City: New York
State: NY
Zip Code: 10027

Defendant 2:
Name: Ruby Robinson
Address where defendant may be served:
County, City:
State:
Zip Code:

Page 2

Defendant 3:

_____
Name

_____
Address where defendant may be served

_____
County, City          State          Zip Code

## II. PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

MTA New York City Transit Authority
Name

180 Livingston street 5th floor
Address

Brooklyn          New York          11201
County, City          State          Zip Code

## III. CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐ race: _____

☐ color: _____

☐ religion: _____

☐ sex: _____

☐ national origin: _____

- ☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

    My race is: _____

- ☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

    I was born in the year: _____

- ☑ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

    My disability or perceived disability is: _____

- ☑ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

    My disability or perceived disability is: _____

- ☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

B.  **Other Claims**

In addition to my federal claims listed above, I assert claims under:

- ☑ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

- ☑ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

- ☐ Other (may include other relevant federal, state, city, or county law):

    _____

## IV. STATEMENT OF CLAIM

### A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- [x] did not hire me
- [ ] terminated my employment
- [ ] did not promote me
- [x] did not accommodate my disability
- [ ] provided me with terms and conditions of employment different from those of similar employees
- [x] retaliated against me
- [ ] harassed me or created a hostile work environment
- [ ] other (specify): _____

### B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

On or about March 30, 2017 I received an email from the NYC Transit Authority inviting to appear for the second phase of the pre-employment process for Train operator thereafter I was given a medical questionnaire to fill out I explained that I had kidney disease one of the questions asked was whether I used drugs in the past I said I have tried cocaine in the past.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

Page 5

## V. ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☑ Yes (Please attach a copy of the charge to this complaint.)

    When did you file your charge? _____

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☑ Yes (Please attach a copy of the Notice of Right to Sue.)

    What is the date on the Notice? _____

    When did you receive the Notice? _____

☐ No

## VI. RELIEF

The relief I want the court to order is (check only those that apply):

☑ direct the defendant to hire me

☐ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☐ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

_____
_____
_____
_____

plaintiff   defendant                                            9/22/2017
Roy Day V. MTA New York City Transit

Afterward, the medical assessment was conducted in which, I ~~past it~~ was informed by MTA Doctor I have a "medical Hold" to clear because I had kidney Disease. ~~It's~~ also a issue I raised with ~~EEOC~~ regarding employment discrimination under the ADA. I was also given a sheet ~~of~~ paper to give to the ~~MTA~~ work Life services which is the drug department because I mention I had third coke 5 yrs ago. ~~I~~ raise the issue that I was discriminated against because of my disability (kidney transplant) and excessive urine sample taken from a applicant. I contend that I was discriminated against after completing a 2½ month drug program that MTA work Life service requested me to attend and submit to him a compliance Letter, the drug treatment program, toxicology reports prognosis and diagnosis of ~~urine~~ in the treatment facility. After completion of the Treatment Center I was denied employment by MTA (NYCTS). The plaintiff argue also that it is illegal to administer 4 drug test samples to an applicant who is not employee is a from unlawful acts. Here I argue that mass drug-testing show employers how they can Learn more about applicants systematic toxicological testing such medication(s) are taken, which in turn disclose what illnesses or disease applicant's may have.

Page 1 of 2

I believe that I was discriminated against from the very begining of the pre-employment all the way to the closing of the Train Operator exam # 8098. Having file complaints with the NYSDHR, EEOC and numerous letter the MTA Agency departments. Based on the foregoing change I believe the defendent is in violation of unlawful discriminatory practice under the ADA, Rehabritation Act, New York State Human Right Law (Executive Law, Article 15, Section 296 and Administrative Law.

Page 2 of 2 attach sheet from the employment Discrimination complaint.

Plaintiff, Roy Day
09/22/2017

## VII. PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated: 9/22/2017 | Plaintiff's Signature: Roy Day |
|---|---|
| First Name: Roy | Middle Initial: L | Last Name: Day |

Street Address: 304 W. 120th street Apt 1B

County, City: New York   State: NY   Zip Code: 10027

Telephone Number: 917-993-3150   Email Address (if available): dayroy@rocketmail.com

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes  ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

EEOC Form 161 (11/16)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Roy Day
304 W 120th St Apt 1B
New York, NY 10026

From: New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2017-01091 | Holly M. Woodyard, State & Local Program Manager | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

Kevin J. Berry,
District Director

June 23, 2017
*(Date Mailed)*

Enclosures(s)

cc: **MTA NEW YORK CITY TRANSIT**
Attn: Byron Zinonos, Agency Attorney
130 Livingston St., 12 Floor
Brooklyn, NY 11201