UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
Roy Day,

Plaintiff,

v.

MTA New York City Transit Authority et al,

Defendants.
----------------------------------------------------x

**NOTICE OF LIMITED SCOPE APPEARANCE OF *PRO BONO* COUNSEL**

**17-cv-7270 (VSB)**

To the Clerk of this Court and all parties of record:

Enter my appearance as *pro bono* counsel in this case on behalf of Roy Day, for the limited purpose of providing advice and representation in a settlement conference and/or mediation through the Southern District's Alternative Dispute Resolution Program. I certify that I am admitted to practice in this Court. I have undertaken this representation at the request of the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants.

Dated: July 11, 2019

New York, New York

Respectfully,

BETH E. GOLDMAN, ESQ.
New York Legal Assistance Group
7 Hanover Square, 18th Floor
New York, New York 10004

/s/ Philip Barber________________________
Philip Barber, Volunteer Attorney
Limited Scope Attorney for Defendant

NYLAG Clinic for Pro Se Litigants
Room LL22, 40 Foley Square
New York, NY 10007
Phone: 212.659.6194
Fax: 212.714.2050
Email: pbarber@nylag.org