

**130 Livingston Street**
Brooklyn, New York 11201
**New York City Transit**

**Andy Byford**
President

(718) 694-3823

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/13/2019

The initial pretrial conference is adjourned to December 6, 2019, at 10:00 a.m. The pretrial conference letter and proposed case management plan outlined in my June 5, 2019 Notice of Initial Pretrial Conference in Pro Se Action, (Doc. 61), are due December 2, 2019. The Clerk of Court is respectfully directed to mail a copy of this endorsement and a copy of the order at Document 61 to the pro se Plaintiff.

**BY ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

Re: **Roy Day v. MTA New York City Transit Authority, et al.**
Docket No. 17-CV-7270 (VSB)

Dear Judge Broderick:

    This office represents the defendants in the above-entitled action. On October 28, 2019, the defendants notified the Court that settlement of this action could not be achieved, and requested that a conference be scheduled to establish a case management plan and to issue a scheduling order. By Order dated October 29, 2019, the Court granted the application and directed the parties to submit a joint status letter and case management plan and scheduling order by November 11, 2019. See ECF 68. The Court also scheduled an initial pretrial conference for November 15, 2019. Id.

    On November 12, 2019, Mr. Day informed us via telephone that he did not receive the Order dated October 29, 2019. Mr. Day requested that the initial pretrial conference be adjourned and that the parties' time to submit a joint status letter and case management plan and scheduling order be extended. The defendants consent to this adjournment and extension request.

    It is respectfully requested, therefore, that the time to submit a joint status letter and case management plan and scheduling order be extended, and that the initial pretrial conference be adjourned. The parties propose the initial pretrial conference be adjourned to December 5, 2019.

    Thank you for your time and consideration in this matter.

Respectfully,

Byron Z. Zinonos, Esq.
*Agency Attorney*

cc: Roy Day (via UPS)
Pro Se
304 West 120th Street, Apt. 1B
New York, NY 10027
(917) 993-3150

MTA New York City Transit is an agency of the Metropolitan Transportation Authority, State of New York