UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Roy Day,<br>Plaintiff,<br><br>v.<br><br>MTA New York City Transit Authority, et al.,<br><br>Defendants. | NOTICE OF LIMITED APPEARANCE OF *PRO BONO* COUNSEL<br><br>17-CV-7270 (VSB) (BCM) |

To the Clerk of this Court and all parties of record:

Enter my appearance as *pro bono* counsel in this case on behalf of: Roy Day for the limited purpose of taking and defending depositions. I certify that I am admitted to practice in this Court. I have undertaken this representation at the request of the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants.

Dated: December 16, 2019

Milbank LLP

By: ______________________

Vanessa Gonzalez
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5055
Facsimile: (212) 822-5055
Email: vgonzalez@milbank.com