UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROY DAY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MTA NEW YORK CITY TRANSIT AUTHORITY, ET AL.,<br><br>　　　　　　　　　　Defendants. | Case No. 17-CV-7270 (VSB) (BCM)<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

WHEREAS, the Court entered a Case Management Plan and Scheduling Order in this action on December 2, 2019 (Dkt. No. 73) (the "Order"); and

WHEREAS, on February 21, 2020, the Court granted a six-week extension of several deadlines in the Order (Dkt. No. 89);

NOW, THEREFORE, it is hereby STIPULATED AND AGREED by and between the parties, and upon approval of the Court shall be deemed ORDERED, that the discovery deadlines shall be further amended to the dates listed in the below chart:

| **Event** | **Current Deadline** | **Proposed Revised Deadline** |
|---|---|---|
| Depositions | May 5, 2020 | June 4, 2020 |
| Requests for Admission | May 19, 2020 | June 18, 2020 |
| Fact Discovery Completed | June 2, 2020 | July 2, 2020 |
| Post-Discovery Conference | June 19, 2020 | On or after July 20, 2020 |

Dated April 22, 2020

- 3 -

/s/    Helene R. Hecktopf  
Helene R. Hecktkopf  
Steven Silverberg  
One Grand Central Place  
Hoguet Newman Regal & Kenney, LLP  
60 East 42nd Street, 48th Floor  
New York, NY 10115  
Tel: (212) 689-8808  
Fax: (212) 689-5101  
hhecktkopf@hnrklaw.com  
ssilverberg@hnrklaw.com  

*Attorneys for Defendants*

/s/    Roy Day  
Roy Day  
304 West 120th Street  
New York, New York 10027  
Tel: (917) 993-3150  
dayroy@rocketmail.com  

*Pro Se Plaintiff*

/s/    Vanessa Gonzalez  
Vanessa Gonzalez  
Marion Burke  
Griselda Cabrera  
MILBANK LLP  
55 Hudson Yards  
New York, NY 10001-2163  
Tel: (212) 530-5000  
Fax: (212) 822-5442  
vgonzalez@milbank.com  
mburke@milbank.com  
gcabrera@milbank.com  

*Limited Appearance Attorneys for Plaintiff*

The post-discovery conference is adjourned to July 24, 2020, at 11 a.m.

**IT IS SO ORDERED:**

_April 23_____, 2020

*[signature]*

Vernon S. Broderick  
United States District Judge