```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
ROY DAY,                                              :
                                                      :
                        Plaintiff,                    :
                                                      :
            - against -                               :
                                                      :
NEW YORK CITY TRANSIT AUTHORITY                       :         17-CV- 7270 (VSB)
et. al.,                                              :
                                                      :              ORDER
                        Defendants.                   :
                                                      :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2020

VERNON S. BRODERICK, United States District Judge:

The parties in this matter were directed to appear before me for a post-discovery conference on September 18, 2020 at 11:30 a.m. (Doc 93.) It is hereby:

ORDERED the parties are directed to appear for the scheduled post-discovery conference telephonically. The parties shall enter the conference by dialing 1-888-363-4749 and entering access code 2682448.

SO ORDERED.

Dated: September 15, 2020
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge