```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ROY DAY,                                                    :
                                                            :
                         Plaintiff,                         :
                                                            :
         - against -                                        :
                                                            :
                                                            :   17-CV-7270 (VSB)
                                                            :
MTA NEW YORK CITY TRANSIT                                   :
AUTHORITY et. al.,                                          :        ORDER
                                                            :
                         Defendants.                        :
                      .                                     :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2020

<u>VERNON S. BRODERICK, United States District Judge</u>:

The parties in this matter appeared before me for a telephonic status conference on September 18, 2020, at 11:30 a.m.  It is hereby:

ORDERED that Plaintiff is directed to submit a letter on or before October 2, 2020 detailing why he is entitled to the outstanding discovery he requests.

It is further ORDERED that the parties are directed to submit a joint status letter on or before October 2, 2020 detailing the status of discovery, the status of settlement discussions, and proposing a schedule for Defendants' anticipated motion for summary judgement.

The Clerk's Office is directed to mail a copy of this order to the pro se plaintiff.

SO ORDERED.

Dated:   September 21, 2020
         New York, New York

*[signature: Vernon Broderick]*
Vernon S. Broderick
United States District Judge