UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROY DAY,

                    Plaintiff,

-against-                                           17 **CIVIL** 7270 (VSB)

                                                          **JUDGMENT**

MTA NEW YORK CITY TRANSIT
AUTHORITY, et al.,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2021, Defendants' motion for summary judgment dismissing Plaintiff's Complaint is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        September 30, 2021

                                                               **RUBY J. KRAJICK**

                                                                **Clerk of Court**
                                    **BY:**    K. Mango
                                                                 **Deputy Clerk**